# United States Court of Appeals
## For the First Circuit

No. 12-1867

UNITED STATES OF AMERICA,
ex rel. HEIDI HEINEMAN-GUTA, Relator,

Plaintiff, Appellant,

v.

GUIDANT CORPORATION; BOSTON SCIENTIFIC CORPORATION,
individually and as Successor-in-Interest to Guidant Corporation,

Defendants, Appellees.

**JUDGMENT**

Entered: May 31, 2013

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. The parties shall bear their own costs.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Asiaf, Ms. Chaitowitz, Mr. Danford, Mr. Emery, Mr. Franklin, Ms. Jacobson, Mr. Lesser, Ms. Mooney, Ms. Rao, Ms. Reynolds, Mr. Robinson & Mr. Siegel.